AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Jose Maria Rebolledo Estupinan

Case No. 8:19-cr-537T33AEP

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jose Maria Rebolledo Estupinan,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, while aboard a vessel subject to the jurisdiction of the United States and possession with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, while aboard a vessel subject to the jurisdiction of the United States. In violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b).

Date: 11-7-19

*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/8/19, and the person was arrested on *(date)* 11/11/19
at *(city and state)* Tampa, FL.

Date: 11/12/19

*Arresting officer's signature*

David A. Pope - DUSM
*Printed name and title*