UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

          v.          CASE NO. 8:19-cr-537-T-33AEP

JOSE MARIA REBOLLEDO ESTUPINAN,
JOSE CARDENAS VERGARA,
JHON EDINSON GONZALEZ ROMERO, and
CARLOS FERNANDO CAICEDO ORTIZ

### THE PARTIES' JOINT STATUS REPORT FOR FEBRUARY 12, 2020

The United States of America, by and through its representative, the undersigned Assistant United States Attorney, respectfully submits the instant joint status report, advising the Court of the current status of the case.

### 1. Brief summary of the case's status

On November 7, 2019, the Defendants were charged via a federal indictment with conspiracy to distribute and possession with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, while aboard a vessel subject to the jurisdiction of the United States. On November 12, 2019, the Defendants were detained pending trial.

Between January 31, 2020, and February 11, 2020, signed plea agreements were filed for all defendants, for the exception of Jose Maria Rebolledo Estupinan. All changes of plea are currently pending.

2.  **Possibility of a plea agreement**

The United States anticipates that the remaining defendant will also plead guilty, and that all cases will be resolved via plea agreements.

3.  **Number of days required for trial**

The United States expects that the government's case-in-chief would take approximately 2 to 3 days.

4.  **Pending motions**

There are no pending motions.

5.  **Speedy trial issues**

The defendants have all waived speedy trial until at least March 31, 2020. Rebolledo Estupinan has done so until April 30, 2020.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: */s/ Diego F. Novaes*
Diego F. Novaes
Assistant United States Attorney
Florida Bar No. 0107376
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6125
E-mail: diego.novaes@usdoj.gov

U.S. v. Jose Rebolledo Estupinan                Case No. 8:19-cr-537-T-33AEP

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Howard C. Anderson
Cynthia J. Hernandez
Philip M. Luka
Victor D. Martinez

/s/ *Diego F. Novaes*
Diego F. Novaes
Assistant United States Attorney
Florida Bar No. 0107376
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6125
E-mail:  diego.novaes@usdoj.gov