UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:19-cr-537-T-33AAS

JOSE MARIA REBOLLEDO ESTUPINAN
_____/

**ORDER**

The sentencing hearing in this case is currently scheduled for May 21, 2020, at 11:00 AM, in Courtroom 14B in the Sam M. Gibbons United States Courthouse.

On March 29, 2020, Judge Steven Merryday, Chief District Court Judge for the Middle District of Florida, entered an Administrative Order regarding the National Emergency Declared on March 13, 2020, in Case No. 8:20-mc-25 (the "Administrative Order"), which allows district court judges to use video or telephone conferencing to conduct certain enumerated proceedings. In addition, the Administrative Order provides in pertinent part:

> During this national emergency, . . . a felony sentencing under Rule 32, Federal Rules of Criminal Procedure, cannot occur in person and in court without serious jeopardy to public health and safety. As a result, if a judge finds for a stated reason in a particular case that delay of a felony . . . sentencing will result in serious harm to the interests of justice, the judge with the consent of the defendant . . . after [he or she] consults with counsel can conduct the . . . sentencing by video

1

conference or by telephonic conference, if video conferencing is not reasonably available.

(Administrative Order, at 2-3).

Accordingly, the parties are directed to file a joint notice with the Court by May 18, 2020. The joint notice should address: (1) whether the Defendant, after consulting with his or her counsel, wishes to continue the sentencing hearing to a later date or wishes to conduct the hearing at the stated time by video conference or by telephonic conference, if video conferencing is not reasonably available, (2) whether the Government consents to the requested relief, and (3) if the Defendant does not wish to continue the sentencing hearing, why such a continuance would result in serious harm to the interests of justice.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 13th day of May, 2020.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE