# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 8:19-cr-537-T-33AEP

**JOSE M. REBOLLEDO-ESTUPINAN**
_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

**COMES NOW**, the Defendant, **JOSE M. REBOLLEDO-ESTUPINAN**, by and through undersigned counsel and pursuant to Local Rule 3.09, and requests this Honorable Court grant a continuance of the scheduled sentencing hearing on May 21, 2020. As grounds in support thereof, Mr. Rebolledo-Estupinan, states the following:

1. Mr. Rebolledo seeks to continue his sentencing for at least 30-45 days. Primarily to health continued concerns caused by COVID-19 virus, moreover, recently the facility which houses Mr. Rebolledo has had around a half dozen confirmed cases of the virus. This has contributed to the delay in getting some of the case/guideline issues resolved. In addition, Mr. Rebolledo opposes having his sentencing via video teleconference and wants an in court sentencing. The requested continuance period may fall within the potential hopeful timeframe for return of in the court sentencings.

2. The undersigned counsel has contacted Assistant United States Attorney Diego Novaes, Counsel for the Government, prior to the filing of this motion. Mr. Novaes has indicated that he has no objection to the motion or the relief sought by Mr. Rebolledo and to whatever extent possible would concur with this motion as well.

3. This matter has not been previously continued for sentencing by this Honorable Court.

## **MEMORANDUM OF LAW**

Local Rule 3.09 provides that a continuance may be allowed by Order of the Court for good cause shown. The defendant suggests the foregoing constitutes good cause for the requested continuance.

WHEREFORE, the Defendant, Jose M. Rebolledo-Estupinan, moves this Honorable Court for a continuance of the May 21, 2020 sentencing hearing for 30-45 days.

DATED this 18th day of May, 2020

Respectfully submitted,

JAMES T. SKUTHAN
ACTING FEDERAL DEFENDER

/s/ *Howard C. Anderson*
Howard C. Anderson
Florida Bar #0130176
Assistant Federal Defender

400 N. Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Howard_Anderson@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May 2020, a true and correct copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic to:

AUSA Diego Novaes

/s/ *Howard C. Anderson*
Howard C. Anderson
Assistant Federal Defender