# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                            Case No: 8:19-cr-537-T-33AEP

**JOSE M. REBOLLEDO-ESTUPINAN**
_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

**COMES NOW**, the Defendant, **JOSE M. REBOLLEDO-ESTUPINAN**, by and through undersigned counsel and pursuant to Local Rule 3.09, and requests this Honorable Court grant a continuance of the scheduled sentencing hearing on June 18, 2020.  As grounds in support thereof, Mr. Rebolledo-Estupinan, states the following:

1. Mr. Rebolledo-Estupinan seeks to continue his sentencing for at least 30 days.  Primarily to health issues with continued concerns caused by COVID-19 virus, moreover, recently the facility which houses Mr. Rebolledo-Estupinan has had around a half dozen more recent confirmed cases of the virus. This has contributed to the delay in getting some of the case/guideline issues resolved, which we are closer to be resolved, but will need a little more time to resolve. In addition, Mr. Rebolledo-Estupinan continues his opposition to having his sentencing via video teleconference and wants an in-court sentencing.   The requested continuance period

may fall within the potential hopeful timeframe for return of in the court sentencings and no concerns to health and safety of all court staff.

    2.   The undersigned counsel has contacted Assistant United States Attorney Diego Novaes, Counsel for the Government, prior to the filing of this motion. Mr. Novaes has indicated that he has no objection to the motion, or the relief sought by Mr. Rebolledo-Estupinan and to whatever extent possible would concur with this motion as well.

    3.   This matter has been previously continued once for sentencing by this Honorable Court for similar issues.

## **MEMORANDUM OF LAW**

Local Rule 3.09 provides that a continuance may be allowed by Order of the Court for good cause shown. The defendant suggests the foregoing constitutes good cause for the requested continuance.

WHEREFORE, the Defendant, Jose M. Rebolledo-Estupinan, moves this Honorable Court for a continuance of the June 18, 2020 sentencing hearing for 30 days.

DATED this 15th day of June 2020

                                           Respectfully submitted,

                                           JAMES T. SKUTHAN
                                           ACTING FEDERAL DEFENDER

/s/ Howard C. Anderson  
Howard C. Anderson  
Florida Bar #0130176  
Assistant Federal Defender  
400 N. Tampa Street  
Suite 2700  
Tampa, Florida 33602  
Telephone: (813) 228-2715  
Facsimile: (813) 228-2562  
Email: Howard_Anderson@fd.org  

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June 2020, a true and correct copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic to:

AUSA Diego Novaes

/s/ Howard C. Anderson  
Howard C. Anderson  
Assistant Federal Defender