UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:19-cr-537-T-33AEP | DATE: | September 30, 2020 |
|---|---|---|
| HONORABLE VIRGINIA M. HERNANDEZ COVINGTON | | **INTERPRETER:** Jesse Leonor <br> **LANGUAGE:** Spanish |
| | | **GOVERNMENT COUNSEL** <br> Diego Fontes Novaes, AUSA |
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> JOSE MARIA REBOLLEDO ESTUPINAN    HOWARD C. ANDERSON, AFPD | | |
| **COURT REPORTER:** Scott Gamertsfelder | **DEPUTY CLERK:** | Tamecika Lee |
| **TIME:** 2:32 p.m. – 3:01 p.m. <br> **TOTAL:** 29 minutes | **COURTROOM:** | 14B |
| | **PROBATION:** | Ashley Shaw |

**PROCEEDINGS:** CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Court called to order.

Interpreter sworn.

Defendant is adjudged guilty on Count One of the Indictment.

Statements made by counsel.

Defendant address the court.

Imprisonment: **TWO HUNDRED FORTY (240) MONTHS.** The term of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment imposed pursuant to the judgment in Docket Number 8:20-cr-74-T-02AEP, in the Middle District of Florida.

Supervised Release: **FIVE (5) YEARS.**

Fine is waived.

Special Assessment: $100.00 to be paid immediately.

Special conditions of supervised release:

- Should the defendant be deported, he shall not be allowed to re-enter the United States without the express permission of the appropriate governmental authority.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant shall refrain from any unlawful; use of a controlled substance. Defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the probation officer. The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, you must submit to random drug testing not to exceed 104 tests per year.

The Court recommends to the Bureau of Prisons that the defendant:

1. Be confined at FCI Miami (1st choice); FCI Coleman (2nd choice);
2. Take classes in Spanish to obtain his General Educational Degree (GED);
3. Take classes to learn English as a second language;
4. Take classes in computers;
5. Take classes in business;
6. Receive vocational training in plumbing;
7. Receive vocational training in carpentry;
8. Has been paroled into the United States involuntarily to face prosecution, therefore, he should be entitled to participate in the same programs available to anyone else who is in the United States legally.

Count Two is dismissed on motion of the United States.

Defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING
(before any departures/variances)

| | |
|---|---|
| Total Offense Level | 37 |
| Criminal History Category: | III |
| Imprisonment Range | 262 months-327 months |
| Supervised Release Range | 5 years |

| Restitution: | N/A |
|---|---|
| Fine Range | $40,000-$10,000,000 |
| Special Assessment | $100.00 |